01

02

03

04

05

06                                UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
07                                          AT SEATTLE

08  UNITED STATES OF AMERICA,              )    CASE NO. MJ 10-54
                                           )
09          Plaintiff,                     )
                                           )
10       v.                                )
                                           )    DETENTION ORDER
11  JOFRE MARQUEZ TAYLOR,                  )
                                           )
12          Defendant.                     )
    _____    )
13

14  Offense charged:        Conspiracy to Possess Cocaine with Intent to Distribute; Possession of a

15                          Firearm in Furtherance of a Drug Trafficking Crime

16  Date of Detention Hearing:    February 16, 2010

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          1.       Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER                                                              PAGE 1

01  is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

02  dangerousness and flight risk, under 18 U.S.C. §3142(e).

03      2.      Defendant's past criminal history includes numerous failures to appear, failures

04  to comply with court orders, a history of violations of supervision and charges for resisting arrest

05  or attempting to allude.  It appears that defendant would not be able to return to his place of

06  employment if released.  He is associated with numerous personal identifiers.  The nature of the

07  charges also weigh in favor of detention.

08      3.      Taken as a whole, the record does not effectively rebut the presumption that no

09  condition or combination of conditions will reasonably assure the appearance of the defendant

10  as required and the safety of the community.

11  It is therefore ORDERED:

12      (1)     Defendant shall be detained pending trial and committed to the custody of the

13              Attorney General for confinement in a correction facility separate, to the extent

14              practicable, from persons awaiting or serving sentences or being held in custody

15              pending appeal;

16      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

17              counsel;

18      (3)     On order of a court of the United States or on request of an attorney for the

19              Government, the person in charge of the corrections facility in which defendant

20              is confined shall deliver the defendant to a United States Marshal for the purpose

21              of an appearance in connection with a court proceeding; and

22      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                      PAGE 2

01    counsel for the defendant, to the United States Marshal, and to the United States

02    Pretrial Services Officer.

03    DATED this  16th  day of February , 2010.

04

05

06    Mary Alice Theiler
      United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    PAGE 3