UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 10-54 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JOFRE MARQUEZ TAYLOR, | ) | |
| Defendant. | ) | |

Offense charged:    Conspiracy to Possess Cocaine with Intent to Distribute; Possession of a

   Firearm in Furtherance of a Drug Trafficking Crime

Date of Detention Hearing:    February 16, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER    PAGE 1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant's past criminal history includes numerous failures to appear, failures to comply with court orders, a history of violations of supervision and charges for resisting arrest or attempting to allude. It appears that defendant would not be able to return to his place of employment if released. He is associated with numerous personal identifiers. The nature of the charges also weigh in favor of detention.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  16th  day of February , 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER PAGE 3